```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
United States of America,

      vs.                                  03-CR-1438(LAK)

Jose Ramos,

                Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The Court having today held a video-conference with the Government and defense counsel to address the December 3, 2024 order of the United States Court of Appeals for the Second Circuit vacating the judgment and remanding the case to the District Court, the defendant is re-sentenced to a term of imprisonment of time served.

    IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Jose Ramos, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 12/16/2024

                                                  /s/ Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                                  United States District Judge